Shirley Ann CHARLES,
Plaintiff–Appellant,

v.

D. COCKRELL; S. Nance; Kelly Ward, Defendants–Appellees.

No. 05–51316
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 5, 2006.

Shirley A. Charles, Gatesville, TX, pro se.

Before SMITH, WIENER, and OWEN, Circuit Judges.

PER CURIAM: *

Shirley Charles, a Texas inmate, appeals the dismissal of her 42 U.S.C. § 1983 civil

rights action for failure to state a claim pursuant to 28 U.S.C. § 1915A. Charles's claims surrounding her disciplinary conviction for extortion are barred by *Heck v. Humphrey*, 512 U.S. 477, 486–87, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994). *See Edwards v. Balisok*, 520 U.S. 641, 643–48, 117 S.Ct. 1584, 137 L.Ed.2d 906 (1997). Charles's case is distinguishable from *Muhammad v. Close*, 540 U.S. 749, 754, 124 S.Ct. 1303, 158 L.Ed.2d 32 (2004), insofar as she asked the district court to expunge the extortion disciplinary conviction from her record. Moreover, the district court did not abuse its discretion in denying Charles relief from its judgment under FED.R.CIV.P. 59(e). *See Fletcher v. Apfel*, 210 F.3d 510, 512 (5th Cir.2000); *Jacquez v. Procunier*, 801 F.2d 789, 793 (5th Cir. 1986). Finally, Charles fails to state a claim for retaliation, because she has neither supplied evidence of motivation nor adequately alleged a chronology of events that would allow a plausible inference of retaliation. *See Tighe v. Wall*, 100 F.3d 41, 42 (5th Cir.1996).

Charles's appeal is without merit and is frivolous. *See Howard v. King*, 707 F.2d 215, 219–20 (5th Cir.1983). It is therefore dismissed. *See* 5TH CIR. R. 42.2. The instant appeal was pending when this court imposed a 28 U.S.C. § 1915(g) three-strikes bar against Charles. *See Charles v. Nance*, 186 Fed.Appx. 494 (5th Cir. 2006). That bar remains in effect as to civil actions and appeals filed *in forma pauperis*. Although Charles has paid the filing fees in this case, she is warned that the future filing of frivolous appeals in this court may result in additional sanctions, which may include monetary penalties.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

See *Goldgar v. Office of Admin., Executive Office of the President,* 26 F.3d 32, 36 n. 3 (5th Cir.1994).

APPEAL DISMISSED; 28 U.S.C. § 1915(g) BAR REMAINS IN EFFECT; WARNED ABOUT MONETARY SANCTIONS.